# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| NELLIE M. NORMAN, | : No. 386 EAL 2014 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA, AND JENNIFER TOBEY, M.D., AND BRIAN CZERNIECKI, M.D., | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.